**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed October 22, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00494-CV

## MARK STOKES, Appellant

## V.

## REZA NIKOU, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2018-85829**

## MEMORANDUM OPINION

This appeal is from a judgment signed April 23, 2024. On October 10, 2024, appellant filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.